352

**No. 58363.**—Isaac B. Cohen & Sons Corp. et al. *v.* United States, protests 193186–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiffs was sustained.

**No. 58364.**—Langfelder, Homma & Carroll, Inc. *v.* United States, protests 192586–K and 192988–K (Baltimore).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of toy pianos similar in all material respects to those the subject of *Langfelder, Homma & Carroll, Inc.* v. *United States* (32 Cust. Ct. 281, C. D. 1614), the claim of the plaintiff was sustained.

**No. 58365.**—National Lead Co. *v.* United States, protest 148834–K (Buffalo).

Opinion by WILSON, J.   It was stipulated that the merchandise consists of zinc the same in all material respects as that passed upon in *M. W. Zack Metal Company* v. *United States* (26 Cust. Ct. 91, C. D. 1306), which the court held to be classifiable under paragraph 397 as articles in chief value of zinc, not specially provided for.   However, inasmuch as the plaintiff in the cited case did not claim classification under paragraph 397, the protest therein was overruled without affirming the collector's classification.   On the record presented herein, the claim of the plaintiff was sustained.